



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed March 16, 2021**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) | Case No. 19-34054 (SGJ11) |
| | ) | |
|    Debtors. | ) | (Jointly Administered) |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 21-03005 (SGJ11) |
| | ) | |
| NEXPOINT ADVISORS, L.P., | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER GRANTING K&L GATES LLP'S MOTION
## TO WITHDRAW AS COUNSEL TO NEXPOINT ADVISORS, L.P.

Having considered *K&L Gates LLP's Motion to Withdraw as Counsel to NexPoint Advisors, L.P.* (the "Motion"),[1] the Court finds that good cause exists to grant the Motion, as set forth herein. Accordingly, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. KLG is permitted to withdraw as counsel to NexPoint Advisors, L.P. in the above-captioned AP.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### END OF ORDER ###

Submitted by:

**K&L GATES LLP**

*/s/ A. Lee Hogewood, III*
A. Lee Hogewood, III (*pro hac vice*)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Telephone: (919) 743-7306
E-mail: Lee.hogewood@klgates.com

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.