

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 16, 2021**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | |
| | § | Case No. 19-34054-sgj11 |
| Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| Plaintiff, | § | |
| | § | Adversary Proceeding No. |
| vs. | § | |
| | § | 21-03005-sgj |
| NEXPOINT ADVISORS, L.P. | § | |
| | § | |
| Defendant. | § | |

### ORDER APPROVING
### <u>AMENDED STIPULATION REGARDING SCHEDULING ORDER</u>

Upon consideration of the *Amended Stipulation and Proposed Scheduling Order* [Docket

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

No. 9] (the "Stipulation")[2] by and between Highland Capital Management, L.P., as debtor-in-possession (the "Debtor"), and NexPoint Advisors, L.P. ("NPA", and together with the Debtor, the "Parties"), it is **HEREBY ORDERED THAT**:

1.      The Stipulation, a copy of which is attached hereto as **Exhibit A**, is **APPROVED**.

2.      The Stipulation shall become effective immediately upon entry of this Order.

3.      With respect to the Adversary Proceeding, the Parties shall abide by the following pretrial schedule (the "Joint Pretrial Schedule") in lieu of that provided in the Alternative Scheduling Order:

| *Joint Pretrial Schedule* | |
|---|---|
| Event | Deadline |
| 1. Service of Written Discovery Requests | March 31, 2021 |
| 2. Service of Written Responses to Discovery | May 7, 2021 |
| 3. Completion of Fact Discovery | May 28, 2021 |
| 4. Expert Disclosures | June 10, 2021 |
| 5. Completion of Expert Discovery | June 25, 2021 |
| 6. Dispositive Motions | June 25, 2021 |
| 7. Exhibit and Witness Lists | July 26, 2021 |
| 8. Joint Pretrial Order | August 2, 2021 |
| 9. Proposed Findings of Fact and Conclusions of Law | August 2, 2021 |
| 10. Trial Docket Call | August 9, 2021 at 1:30 p.m. (CT) |

4.      The Joint Pretrial Schedule set forth in this Order shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

5.      The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order, subject to any objection to the Court's

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

jurisdiction or core jurisdiction and subject to any motion for the withdrawal of the reference, with respect to which all parties reserve their rights, if any.

###End of Order###

# **<u>EXHIBIT A</u>**

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No.143717)
(*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084)
(*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397)
(*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992)
(*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569)
(*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

**HAYWARD PLLC**
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**MUNSCH HARDT KOPF & HARR, P.C.**
Davor Rukavina
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: drukavina@munsch.com

*Counsel for NexPoint Advisors, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., Plaintiff, | § | |
| | § | Adversary Proceeding No. |
| vs. | § | 21-03005-sgj |
| NEXPOINT ADVISORS, L.P. | § | |
| Defendant. | § | |

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**AMENDED STIPULATION AND PROPOSED SCHEDULING ORDER**

This amended stipulation (the "Stipulation") is made and entered into by and between Highland Capital Management, L.P., as debtor-in-possession (the "Debtor"), and NexPoint Advisors, L.P. ("NPA" or "Defendant", and together with the Debtor, the "Parties"), by and through their respective undersigned counsel.

**RECITALS**

WHEREAS, on October 16, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court for the District of Delaware, Case No. 19-12239 (CSS) (the "Delaware Court");

WHEREAS, on December 4, 2019, the Delaware Court entered an order transferring venue of the Debtor's bankruptcy case (the "Bankruptcy Case") to this Court;

WHEREAS, on January 22, 2021, the Debtor commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against NPA by filing its complaint [Docket No. 1][2] (the "Complaint");

WHEREAS, on January 25, 2021, the Court issued its *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Docket No. 3] (the "Alternative Scheduling Order");

WHEREAS, on March 1, 2021, NPA filed its answer to the Debtor's Complaint [Docket No. 6] (the "Answer");

WHEREAS, the Parties have conferred and desire to enter into a mutually agreeable proposed schedule, as specifically set forth below.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval of this

---

[2] Refers to the docket number maintained in the Adversary Proceeding.

DOCS_NY:42551.1 36027/002

Stipulation by the Court, it shall be SO ORDERED:

1.      The Parties agree to the following schedule (the "<u>Proposed Joint Scheduling Order</u>") in lieu of that provided in the Alternative Scheduling Order:

| *Proposed Joint Scheduling Order* | |
| --- | --- |
| <u>Event</u> | <u>Deadline</u> |
| 1.  Service of Written Discovery Requests | March 31, 2021 |
| 2.  Service of Written Responses to Discovery | May 7, 2021 |
| 3.  Completion of Fact Discovery | May 28, 2021 |
| 4.  Expert Disclosures | June 10, 2021 |
| 5.  Completion of Expert Discovery | June 25, 2021 |
| 6.  Dispositive Motions | June 25, 2021 |
| 7.  Exhibit and Witness Lists | July 26, 2021 |
| 8.  Joint Pretrial Order | August 2, 2021 |
| 9.  Proposed Findings of Fact and Conclusions of Law | August 2, 2021 |
| 10. Trial Docket Call | August 9, 2021 |

2.      If approved by the Court, the Proposed Joint Scheduling Order shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

3.      The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation, subject to any objection to the Court's jurisdiction or core jurisdiction and subject to any motion for the withdrawal of the reference, with respect to which all parties reserve their rights, if any.

*[Remainder of Page Intentionally Blank]*

3

Dated: March 9, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Davor Rukavina*
Davor Rukavina
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: drukavina@munsch.com

*Counsel for NexPoint Advisors, L.P.*

**- and -**

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569) 10100
Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

**- and -**

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

DOCS_NY:42551.1 36027/002