Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

COUNSEL FOR THE DEFENDANT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Debtor. | § § § § § § | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> v. <br><br> NEXPOINT ADVISORS, L.P. <br><br> Defendant. | § § § § § § § § § § § | Adv. No. 21-03005 |

## CERTIFICATE OF NO OBJECTION

TO THE HONORABLE STACEY G. C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

The undersigned files this *Certificate of No Objection* in relation to the *Defendant's Motion for Leave to Amend Answer* (Dkt. No. 35, the "Motion"), stating as follows:

1. NexPoint Advisors, L.P. ("NexPoint"), the defendant in the above-captioned adversary proceeding, caused the Motion to be filed on June 9, 2021.

2.  Under Local Rule 7007-1(e), the deadline to file any response in opposition was twenty-one days later, or June 30, 2021.

3.  This is to certify that, as of July 19, 2021, no objection to the Motion has been filed on the docket of the adversary proceeding, and all potential objections have otherwise been resolved.

RESPECTFULLY SUBMITTED this 19th day of July, 2021.

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ *Julian P. Vasek*

Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

COUNSEL FOR THE DEFENDANT