

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 29, 2021**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | § § § § § § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | | Case No. 19-34054-sgj11 |
| Debtor. | | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § § § § § § § § § | |
| Plaintiff, | | Adv. No. 21-03005 |
| v. | | |
| NEXPOINT ADVISORS, L.P. | | |
| Defendant. | | |

## ORDER GRANTING DEFENDANT'S MOTION TO AMEND

CAME ON FOR CONSIDERATION the *Defendant's Motion for Leave to Amend Answer* (the "Motion"), filed by NexPoint Advisors, L.P. (the "Defendant"). Having considered the Motion and, in light of the lack of any opposition thereto appearing on the Court's docket, and

finding that notice of the Motion was proper and sufficient under the circumstances, the Court finds and concludes that the Motion should be granted.

It is therefore ORDERED that the Motion is GRANTED and that the Defendant shall have ten (10) days from the date of entry of this Order to file an amended answer.

# # #  END OF ORDER  # # #