| | |
|---|---|
| Deborah Deitsch-Perez | John Y. Bonds, III |
| State Bar No. 24036072 | State Bar No. 02589100 |
| Michael P. Aigen | Clay M. Taylor |
| State Bar No. 24012196 | State Bar No. 24033261 |
| STINSON LLP | Bryan C. Assink |
| 3102 Oak Lawn Avenue, Suite 777 | State Bar No. 24089009 |
| Dallas, Texas 75219 | BONDS ELLIS EPPICH SCHAFER JONES LLP |
| (214) 560-2201 telephone | 420 Throckmorton Street, Suite 1000 |
| (214) 560-2203 facsimile | Fort Worth, Texas 76102 |
| | (817) 405-6900 telephone |
| **ATTORNEYS FOR JAMES DONDERO AND NANCY DONDERO** | (817) 405-6902 facsimile |
| | **ATTORNEYS FOR JAMES DONDERO** |
| Douglas S. Draper (La. Bar No. 5073) | Daniel P. Elms |
| Leslie A. Collins (La. Bar No. 14891) | State Bar No. 24002049 |
| Greta M. Brouphy (La. Bar No. 26216) | GREENBERG TRAURIG, LLP |
| HELLER, DRAPER & HORN, L.L.C. | 2200 Ross Avenue, Suite 5200 |
| 650 Poydras Street, Suite 2500 | Dallas, Texas 75201 |
| New Orleans, LA 70130 | (214) 665-3600 telephone |
| (504) 299-3300 telephone | (214) 665-3601 facsimile |
| (504) 299-3399 facsimile | **ATTORNEYS FOR NANCY DONDERO** |
| **ATTORNEYS FOR THE DUGABOY INVESTMENT TRUST** | |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 19-34054 |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| Plaintiff. | § | |
| v. | § | **Adversary No. 21-03003-sgj** |
| | § | |
| **JAMES D. DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,** | § | |
| | § | |
| Defendants. | § | |

Exhibit 5

1

# APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION

Defendants James Dondero, Nancy Dondero and The Dugaboy Investment Trust file this Appendix in Support of their Motion to Compel Arbitration and Stay Litigation and request the Court take judicial notice of the documents contained herein.

| Exhibit | Document | Appendix Page(s) |
|---|---|---|
| A | Declaration of Michael P. Aigen in Support of Motion to Compel Arbitration and Stay Litigation, dated September 1, 2021 | App. 1-3 |
| 1 | Fourth Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P. | App. 4-40 |
| 2 | Excerpts from the Transcript of the Remote Deposition of James Dondero on May 28, 2021, Adversary Proceeding No. 21-3003 | App. 41-54 |
| 3 | Acceptance of Appointment of Family Trustee, executed by Nancy Marie Dondero on October 13, 2015 | App. 55-60 |
| 4 | Trust Agreement Between Dana Scott Breault, Settlor and James D. Dondero and Commonwealth Trust Company, Trustees, The Dugaboy Investment, dated November 15, 2010 | App. 61-97 |

Dated: September 1, 2021  Respectfully submitted,

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**ATTORNEYS FOR DEFENDANTS JAMES DONDERO AND NANCY DONDERO**

John Y. Bonds, III
State Bar No. 02589100
Clay M. Taylor
State Bar No. 24033261
Bryan C. Assink
State Bar No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**ATTORNEYS FOR JAMES DONDERO**

Daniel P. Elms
State Bar No. 24002049
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
(214) 665-3600 telephone
(214) 665-3601 facsimile
Email: elmsd@gtlaw.com

**ATTORNEYS FOR NANCY DONDERO**

Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No. 14891)
Greta M. Brouphy (La. Bar No. 26216)
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
(504) 299-3300 telephone
(504) 299-3399 facsimile
Email: ddraper@hellerdraper.com
Email: lcollins@hellerdraper.com
Email: gbrouphy@hellerdraper.com

**ATTORNEYS FOR THE DUGABOY INVESTMENT TRUST**

4

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on September 1, 2021, a true and correct copy of this document was served via the Court's CM/ECF system to the parties that are registered or otherwise entitled to receive electronic notices in this case.

                                        */s/Deborah Deitsch-Perez*
                                        Deborah Deitsch-Perez