Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

COUNSEL FOR THE NEXPOINT ADVISORS L.P.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re § § § § § § | | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | | |
| | | Case No. 19-34054-sgj11 |
| Debtor. | | |

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § § § § § § § § § | | |
| Plaintiff, | | |
| v. | | Adv. No. 21-03005 |
| NEXPOINT ADVISORS, L.P., *et al.* | | |
| Defendants. | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas will conduct a hearing on the *Motion of Defendant NexPoint Advisors, L.P. to Extend Expert Disclosure and Discovery Deadlines*, to be held before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge, on **December 13, 2021 at 10:30 a.m.**, in Courtroom

NOTICE OF HEARING—Page 1

#1, 1100 Commerce St., 14th Floor, Dallas, TX.  Pursuant to General Order 2021-6,[1] the hearing will be conducted in person, subject to the discretion of the Presiding Judge.

RESPECTFULLY SUBMITTED this 8th day of November, 2021.

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ *Julian P. Vasek*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

COUNSEL FOR THE DEFENDANTS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 8th day of November, 2021, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including counsel of record for the Plaintiff.

/s/ *Julian P. Vasek*
Julian P. Vasek

---

[1] *Available at* https://www.txnb.uscourts.gov/court-info/general-orders.