BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P. v. NexPoint Advisors, L.P. et al<br>**DEBTOR** | Movants Motion Motion To Compel; Motion To Dismiss Adversary Case & Motion To Stay Litigation, doc. #66, #68 & #69<br>**TYPE OF HEARING** | Case # 21−03005−sgj |

| | | |
|---|---|---|
| James Dondero & Nancy Dondero<br>**PLAINTIFF / MOVANT** | VS | **DEFENDANT / RESPONDENT** |
| Deborah Deitsch−Perez<br>**ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

SEE EXHIBIT LIST

COURT ADMITTED EXHIBIT'S #1 THROUGH #14

| | | |
|---|---|---|
| Michael Edmond<br>**REPORTED BY** | November 9, 2021<br>**HEARING DATE** | Stacey G. Jernigan<br>**JUDGE PRESIDING** |