Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

COUNSEL FOR NEXPOINT ADVISORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re § § § § § § | | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Chapter 11 |
| Debtor. | | Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., Plaintiff, v. NEXPOINT ADVISORS, L.P., *et al.* Defendants. | § § § § § § § § § § § | Adv. No. 21-03005 |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas will conduct a hearing via WebEx (rather than in person) on the *Motion of Defendant NexPoint Advisors, L.P. to Extend Expert Disclosure and Discovery Deadlines*, to be held before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge, on **December 13, 2021 at 10:30 a.m.**  Instructions for remote participation are below.  For more information, visit https://www.txnb.uscourts.gov.

Judge Stacey Jernigan's Courtroom

https://us-courts.webex.com/meet/jerniga

Join by phone

Call-in number (US/Canada): 1-650-479-3207

Access code: 479 393 582

RESPECTFULLY SUBMITTED this 9th day of December, 2021.

                MUNSCH HARDT KOPF & HARR, P.C.

                By: /s/ *Julian P. Vasek*
                    Davor Rukavina, Esq.
                    Texas Bar No. 24030781
                    Julian P. Vasek, Esq.
                    Texas Bar No. 24070790
                    500 N. Akard Street, Suite 3800
                    Dallas, Texas 75201-6659
                    Telephone: (214) 855-7500
                    Facsimile: (214) 855-7584
                    Email: drukavina@munsch.com
                    Email: jvasek@munsch.com

                COUNSEL FOR NEXPOINT ADVISORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 9th day of December, 2021, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including counsel of record for the Plaintiff.

                /s/ *Julian P. Vasek*
                Julian P. Vasek