BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 19–34054–sgj11

Adversary No.: 21–03005–sgj

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G. Jernigan
　　Robert (Bob) Schaaf
　　Nathan (Nate) Elner
　　Attorney(s) for Appellant
　　US Trustee


**Appellant** James D. Dondero

STINSON LLP
Deborah Deitsch–Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
(214) 560–2201 telephone
(214) 560–2203 facsimile
BONDS ELLIS EPPICH SCHAFER JONES LLP
Clay M. Taylor
State Bar No. 24033261
Bryan C. Assink
State Bar No. 24089009
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405–6900 telephone
(817) 405–6902 facsimile


**Appellant** Nancy Dondero

STINSON LLP
Deborah Deitsch–Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
(214) 560–2201 telephone
(214) 560–2203 facsimile

GREENBERG TRAURIG, LLP
Daniel P. Elms
State Bar No. 24002049
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
(214) 665–3600 telephone
(214) 665–3601 facsimile


**Appellant**   The Dugaboy Investment Trust

HELLER, DRAPER & HORN, L.L.C.
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No. 14891)
Greta M. Brouphy (La. Bar No. 26216)
650 Poydras Street, Suite 2500
New Orleans, LA 70130
(504) 299–3300 telephone
(504) 299–3399 facsimile

**Appellee**　Highland Capital Management LP

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (admitted pro hac vice)
John A. Morris (NY Bar No. 2405397) (admitted pro hac vice)
Gregory V. Demo (NY Bar No. 5371992) (admitted pro hac vice)
Hayley R. Winograd (NY Bar No. 5612569) (admitted pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277–6910
Facsimile: (310) 201–0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755–7100
Facsimile: (972) 755–7110