BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br>　　　　　　　　　　　Debtor(s)<br>James D Dondero, et al.<br>　　　　　　　　　　　Appellant(s)<br>　　vs.<br>Highland Capital Management LP<br>　　　　　　　　　　　Appellee(s) | §§§§§§§§§§§§§ | Case No.: 19–34054–sgj11<br><br>Adversary No.: 21–03005–sgj |

# CERTIFICATE OF MAILING

Notice of Appeal Filed By: James D. Dondero, et al.

Re:  [110]Memorandum Opinion and Order Denying Arbitration Request and Related Relief

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on December 17, 2021.

DATED:  12/17/21　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　by: /s/Sheniqua Whitaker, Deputy Clerk