| | |
|---|---|
| Clay M. Taylor<br>Bryan C. Assink<br>BONDS ELLIS EPPICH SCHAFER JONES LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>(817) 405-6900 telephone<br>(817) 405-6902 facsimile<br>Email: clay.taylor@bondsellis.com<br>Email: bryan.assink@bondsellis.com<br><br>**ATTORNEYS FOR JAMES DONDERO** | Deborah Deitsch-Perez<br>Michael P. Aigen<br>STINSON LLP<br>3102 Oak Lawn Avenue, Suite 777<br>Dallas, Texas 75219<br>(214) 560-2201 telephone<br>(214) 560-2203 facsimile<br>Email: deborah.deitschperez@stinson.com<br>Email: michael.aigen@stinson.com<br><br>**ATTORNEYS FOR JAMES DONDERO AND NANCY DONDERO** |
| Daniel P. Elms<br>State Bar No. 24002049<br>GREENBERG TRAURIG, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>(214) 665-3600 telephone<br>(214) 665-3601 facsimile<br>Email: elmsd@gtlaw.com<br><br>**ATTORNEYS FOR NANCY DONDERO** | Douglas S. Draper (La. Bar No. 5073)<br>Leslie A. Collins (La. Bar No. 14891)<br>Greta M. Brouphy (La. Bar No. 26216)<br>HELLER, DRAPER & HORN, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70130<br>(504) 299-3300 telephone<br>(504) 299-3399 facsimile<br>Email: ddraper@hellerdraper.com<br>Email: lcollins@hellerdraper.com<br>Email: gbrouphy@hellerdraper.com<br><br>**ATTORNEYS FOR THE DUGABOY INVESTMENT TRUST** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054 |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | **Chapter 11** |
| | § | |
| Debtor. | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | **Adversary No.: 21-03005-sgj** |
| | § | |
| **NEXPOINT ADVISORS, L.P., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,** | § | |
| | § | |
| Defendants. | § | |

## DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. P. 8009

Pursuant to Fed. R. Bankr. P. 8009, James Dondero, Nancy Dondero and The Dugaboy Investment Trust ("Appellants") by and through undersigned counsel, hereby submit this designation of the record on appeal of the Memorandum Opinion and Order Denying Arbitration Request and Related Relief [Dkt. No. 110]:

1. *Notice of Appeal* filed on December 16, 2021 [Dkt. No. 125]

2. *Memorandum Opinion and Order Denying Arbitration Request and Related Relief* [Dkt. No. 110], entered on December 3, 2021.

3. Docket entries kept by the bankruptcy clerk in Adversary No. 21-03005-sgj

4. Docket entries kept by the bankruptcy clerk in the main bankruptcy case, Case No. 19-34054.

5. Each of the additional documents and items designated below:

| Designation No. | Filing Date | Dkt. | Description |
|---|---|---|---|
| **Documents filed in Main Bankruptcy Case - Case No. 19-34054** | | | |
| 1 | 12/27/19 | 281 | 281 (100 pgs; 4 docs) Motion to compromise controversy with Official Committee of Unsecured Creditors. Filed by Debtor Highland Capital Management, L.P. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Hayward, Melissa) |
| 2 | 1/9/20 | 339 | (5 pgs) Order Approve Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course (related document # 281) Entered on 1/9/2020. (Okafor, M.) |
| 3 | 6/23/20 | 774 | (33 pgs) Application to employ James P. Seery, Jr. as Other Professional Debtors Motion Under Bankruptcy Code Sections 105(a) and 363(b) for Authorization to Retain James P. Seery, Jr., as Chief Executive Officer, Chief Restructuring Officer and Foreign Representative Nunc Pro Tunc to March 15, 2020 Filed by Debtor Highland Capital Management, L.P. (Annable, Zachery) |
| 4 | 7/16/20 | 854 | (12 pgs) Order granting application to employ James P. Seery, Jr. as Chief Executive Officer, Chief Restructuring Officer and Foreign representative (related document 774) Entered on 7/16/2020. (Ecker, C.) Modified on 7/16/2020 (Ecker, C.). |
| 5 | 11/24/20 | 1472 | Debtor's Fifth Amended Plan of Reorganization |
| 6 | 11/24/20 | 1473 | Disclosure Statement for Fifth Amended Plan of Reorganization |
| 7 | 11/24/20 | 1476 | Order Approving Disclosure Statement |
| 8 | 1/11/21 | 1719 | Debtor's Second Notice of Executory Contracts to be Assumed by the Debtor |

| 9 | 1/20/21 | 1784 | Dondero Objection to Assumption and Cure of Executory Contract |
| 10 | 1/21/21 | 1791 | Debtor's Withdrawal of Assumption of Executory Contracts |
| 11 | 1/22/21 | 1808 | Debtor's Fifth Amended Plan of Reorganization (as modified) |
| 12 | 1/22/21 | 1809 | Redline of Fifth Amended Plan of Reorganization (as modified) |
| 13 | 2/22/21 | 1943 | Order Confirming Fifth Amended Plan of Reorganization |
| **Designation No.** | **Filing Date** | **Dkt.** | **Description** |
| **Documents filed in Adversary Proceeding - Case No. 21-03005** | | | |
| 1 | 09/01/2021 | 66 | Motion to Compel Arbitration and Stay Litigation |
| 2 | 09/01/2021 | 67 | Appendix in Support of Defendants' Motion to Compel Arbitration and Stay Litigation |
| 3 | 09/01/2021 | 69 | Motion to Compel Arbitration and Stay Litigation |
| 4 | 09/15/2021 | 73 | Notice of Hearing |
| 5 | 09/28/2021 | 76 | Debtor's Objection to Motion to Compel Arbitration and Stay Litigation |
| 6 | 09/28/2021 | 77 | Debtor's Brief in Support of Its Objection to Motion to Compel Arbitration and Stay Litigation |
| 7 | 09/28/2021 | 78 | Declaration of John A. Morris in Support of Debtor's Objection to Motion to Compel Arbitration and Stay Litigation |
| 8 | 09/28/2021 | 78-1 | Exhibit A to Declaration of John A. Morris in Support of Debtor's Objection to Motion to Compel Arbitration and Stay Litigation |
| 9 | 09/28/2021 | 78-2 | Exhibit B to Declaration of John A. Morris in Support of Debtor's Objection to Motion to Compel Arbitration and Stay Litigation |
| 10 | 09/28/2021 | 78-3 | Exhibit C to Declaration of John A. Morris in Support of Debtor's Objection to Motion to Compel Arbitration and Stay Litigation |
| 11 | 11/05/2021 | 88 | Reply to Debtor's Objection to Motion to Compel Arbitration and Stay Litigation |
| 12 | 11/05/2021 | 90 | Defendants' Joint Witness and Exhibit List |
| 13 | 11/05/2021 | 90-1 | Exhibit 1 to Defendants' Joint Witness and Exhibit List |
| 14 | 11/05/2021 | 90-2 | Exhibit 2 to Defendants' Joint Witness and Exhibit List |
| 15 | 11/05/2021 | 90-3 | Exhibit 3 to Defendants' Joint Witness and Exhibit List |
| 16 | 11/05/2021 | 90-4 | Exhibit 4 to Defendants' Joint Witness and Exhibit List |

| 17 | 11/05/2021 | 90-5 | Exhibit 5 to Defendants' Joint Witness and Exhibit List |
| 18 | 11/05/2021 | 90-6 | Exhibit 6 to Defendants' Joint Witness and Exhibit List |
| 19 | 11/05/2021 | 90-7 | Exhibit 7 to Defendants' Joint Witness and Exhibit List |
| 20 | 11/05/2021 | 90-8 | Exhibit 8 to Defendants' Joint Witness and Exhibit List |
| 21 | 11/05/2021 | 90-9 | Exhibit 9 to Defendants' Joint Witness and Exhibit List |
| 22 | 11/05/2021 | 90-10 | Exhibit 10 to Defendants' Joint Witness and Exhibit List |
| 23 | 11/05/2021 | 90-11 | Exhibit 11 to Defendants' Joint Witness and Exhibit List |
| 24 | 11/05/2021 | 90-12 | Exhibit 12 to Defendants' Joint Witness and Exhibit List |
| 25 | 11/05/2021 | 90-13 | Exhibit 13 to Defendants' Joint Witness and Exhibit List |
| 26 | 11/05/2021 | 90-14 | Exhibit 14 to Defendants' Joint Witness and Exhibit List |
| 27 | 11/09/2021 | 92 | Notice of Court Admitted Exhibits for Hearing Held November 9, 2021 *Note: Defendants' admitted exhibits can be found at docket numbers 90-1 through 90-14.* |
| 28 | 11/15/2021 | 115 | Audio File of Hearing Held November 9, 2021 *Note: Audio file can be found in Adversary No. 21-03003* |

6. Each of the hearing transcripts designated below:

| Designation No. | Filing Date | Dkt. | Description |
|---|---|---|---|
| 29 | 11/16/2021 | 97 | Transcript of Hearing Held November 9, 2021 |

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the Bankruptcy Court erred in finding that the arbitration clause was an executory contract rejected pursuant to Bankruptcy Code Section 365.

2. Whether the Bankruptcy Court erred in finding that a company governance/formation document is an executory contract.

3. Whether the Bankruptcy Court erred in finding that a debtor's purported rejection of a contract containing an arbitration clause relieves Debtor of the duty to arbitrate.

4. Whether the Bankruptcy Court erred in finding that the arbitration clause should be considered a separate executory agreement that was rejected.

5. Whether the Bankruptcy Court erred in finding that requiring arbitration in this case would impose undue and unwarranted burdens and expenses on the parties to the detriment of Highland's creditors.

6. Whether the Bankruptcy Court erred in finding that the Appellants have waived any right to invoke the arbitration clause.

7. Whether the Bankruptcy Court erred in finding that the Appellants waived any right to invoke the arbitration clause by not raising the subject of arbitration until after the counts giving rise to the demand for arbitration, Counts V, VI, and VII, were added by the Debtor.

8. Whether the Bankruptcy Court erred in finding that seeking arbitration in the ***first pleading after the filing of claims raising the right to seek arbitration*** is a "delay" in seeking arbitration sufficient to justify a finding of waiver.

9. Whether the Bankruptcy Court erred in finding that the Appellants Dugaboy and Nancy Dondero waived rights to invoke the arbitration clause by not raising the subject of arbitration before they were added as parties to the Adversary Proceeding by the Debtor.

10. Whether the Bankruptcy Court erred in determining that it would not compel arbitration.

Dated: December 30, 2021

Respectfully submitted,

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**ATTORNEYS FOR JAMES DONDERO AND NANCY DONDERO**

*/s/Daniel P. Elms*
Daniel P. Elms
State Bar No. 24002049
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
(214) 665-3600 telephone
(214) 665-3601 facsimile
Email: elmsd@gtlaw.com

**ATTORNEYS FOR NANCY DONDERO**

*/s/Clay M. Taylor*
Clay M. Taylor
State Bar No. 24033261
Bryan C. Assink
State Bar No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: bryan.assink@bondsellis.com

**ATTORNEYS FOR JAMES DONDERO**

/s/Douglas S. Draper
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No. 14891)
Greta M. Brouphy (La. Bar No. 26216)
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
(504) 299-3300 telephone
(504) 299-3399 facsimile
Email: ddraper@hellerdraper.com
Email: lcollins@hellerdraper.com
Email: gbrouphy@hellerdraper.com

**ATTORNEYS FOR THE DUGABOY INVESTMENT TRUST**

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that, on December 30, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties registered to receive notice in this case.

                                            */s/ Michael P. Aigen*
                                            Michael P. Aigen