PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com


-and-

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § § | Adv. Proc. No. 21-03003-sgj |
| vs. | § § § | |
| JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § § § | Case No. 3:21-cv-01010-E |
| Defendants. | § § § § | |

1

| | |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § |
| Plaintiff, | § Adv. Proc. No. 21-03004-sgj § § |
| vs. | § § |
| | § Case No. 3:21-cv-00881-X |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., | § § § |
| | § § |
| Defendant. | § § |
| | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § |
| Plaintiff, | § § Adv. Proc. No. 21-03005-sgj § |
| vs. | § § |
| NEXPOINT ADVISORS, L.P., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § Case No. 3:21-cv-00880-C § § § |
| | § § |
| Defendants. | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § |
| Plaintiff, | § § Adv. Proc. No. 21-03006-sgj |
| vs. | § § |
| HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § Case No. 3:21-cv-01378-N § § § |
| Defendants. | § |

| | § | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| | § | Adv. Proc. No. 21-03007-sgj |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 3:21-cv-01379-X |
| HCRE PARTNERS, LLC (n/k/a NexPoint | § | |
| Real Estate Partners, LLC), JAMES | § | |
| DONDERO, NANCY DONDERO, AND | § | |
| THE DUGABOY INVESTMENT TRUST, | § | |
| | § | |
| | § | |
| Defendants. | § | |

### MOTION TO CONTINUE HEARING ON HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION FOR PARTIAL SUMMARY JUDGMENT IN NOTES ACTIONS

COMES NOW Highland Capital Management, L.P. ("Highland" or the "Reorganized Debtor"), the reorganized debtor in the above-captioned chapter 11 case (the "Bankruptcy Case") and plaintiff in the above-referenced adversary proceedings (each, an "Adversary Proceeding" and collectively, the "Adversary Proceedings" or "Notes Actions"), filing this motion (the "Motion") requesting that the Court continue the hearing (the "Hearing") on Highland's *Motion for Partial Summary Judgment in Notes Actions* (the "Summary Judgment Motion")[1] from Tuesday, March 8, 2022, at 9:30 a.m. (Central Time) to **Wednesday, March 23, 2022, at 9:30 a.m. (Central Time)**. In support of the Motion, Highland respectfully states the following:

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1409.

2.      The Hearing on the Summary Judgment Motion was originally scheduled to take place on Tuesday, March 8, 2022, at 9:30 a.m. (Central Time). On December 22, 2021,

---

[1] Adv. Proc. No. 21-3003, Dkt. No. 132; Adv. Proc. No. 21-3004, Dkt. No. 91; Adv. Proc. No. 21-3005, Dkt. No. 131; Adv. Proc. No. 21-3006, Dkt. No. 129; and Adv. Proc. No. 21-3007, Dkt. No. 124.

Highland provided notice of the Hearing in each of the Notes Actions.[2]  Subsequently, the Fifth

Circuit Court of Appeals gave notice that oral argument on the pending appeal of this Court's

*Order (i) Confirming the Fifth Amended Plan of Reorganization of Highland Capital*

*Management, L.P. (as Modified) and (ii) Granting Related Relief* [Bankr. Dkt. No. 1943] would

take place on March 8, 2022—the same date as the Hearing on the Summary Judgment Motion.

3.      Because of the scheduling conflict, good cause exists to continue the Hearing.

Accordingly, Highland respectfully requests that the Court continue the Hearing on the Summary

Judgment Motion to Wednesday, March 23, 2022, at 9:30 a.m. (Central Time).

4.      This Motion is made in good faith and not for the purposes of delay.  Counsel for

the defendants in the Notes Actions have confirmed that they are available for the continued

Hearing on March 23, 2022.

WHEREFORE, Highland respectfully requests that the Court enter an order (i) granting

the Motion, (ii) continuing the Hearing on the Summary Judgment Motion to March 23, 2022, at

9:30 a.m. (Central Time), and (iii) granting Highland such additional relief as is just and

necessary.

---

[2] Adv. Proc. No. 21-3003, Dkt. No. 139; Adv. Proc. No. 21-3004, Dkt. No. 98; Adv. Proc. No. 21-3005, Dkt. No. 139; Adv. Proc. No. 21-3006, Dkt. No. 140; and Adv. Proc. No. 21-3007, Dkt. No. 131.

Dated:  February 9, 2022.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)
John A. Morris (NY Bar No. 266326) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:    jpomerantz@pszjlaw.com
           jmorris@pszjlaw.com
           gdemo@pszjlaw.com
           hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

3