

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2022**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § § § | Adv. Proc. Nos. 21-3004, 3005, 3006, 3007 |
| vs. | § § § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., | § § § § | Case No. 3:21-cv-00881-X |
| Defendant. | § § | |

## ORDER GRANTING
## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Having considered the *Unopposed Motion for Leave to Exceed Page Limit* (the "Motion")[1] filed by Highland Capital Management, L.P. ("Plaintiff"), the reorganized debtor in the above-captioned chapter 11 case and plaintiff in the above-referenced adversary proceedings (collectively, the "Notes Actions"), and based upon (i) Defendants' lack of opposition to the relief requested in the Motion and (ii) the arguments set forth in the Motion, the Court finds and concludes that the relief requested in the Motion should be granted. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Plaintiff is granted leave to file its Reply in support of the Sanctions Motion in a length of up to 15 pages, excluding any table of contents and/or table of authorities included in the Reply.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### End of Order ###

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.