**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) |
| | ) Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | ) |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Adv. Pro. No. 21-03005 (SGJ) |
| | ) |
| NEXPOINT ADVISORS, L.P., JAMES DONDERO, | ) |
| NANCY DONDERO, AND THE DUGABOY | ) |
| INVESTMENT TRUST, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

I, Hannah Bussey, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On April 19, 2022, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

*(Continued on Next Page)*

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

- **Notice of Agenda of Matters Scheduled for Hearing on April 20, 2022 at 9:30 a.m. (Central Time)** [Docket No. 195]

Dated: April 19, 2022

/s/ Hannah Bussey
Hannah Bussey
KCC
Meidinger Tower
462 South 4th Street
Louisville, KY 40202

# EXHIBIT A

**Exhibit A**
Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor, William R. Howell, Jr., D Michael Lynn | john@bondsellis.com; john.wilson@bondsellis.com; bryan.assink@bondsellis.com; clay.taylor@bondsellis.com; william.howell@bondsellis.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for Nancy Dondero | Greenberg Traurig, LLP | Daniel P. Elms | elmsd@gtlaw.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak, Jason Burt | andrew.clubok@lw.com; sarah.tomkowiak@lw.com; jason.burt@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | Zachary.Proulx@lw.com; Jamie.Wine@lw.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Julian P. Vasek, Esq. | drukavina@munsch.com; jvasek@munsch.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors, Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |
| Counsel for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc. and HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC) | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |