IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) | Case No. 19-34054-SGJ-11 |
| | ) | |
| Debtor(s). | ) | |

\* \* \*

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary No. 21-03005-SGJ |
| | ) | |
| NEXPOINT ADVISORS, L.P., | ) | |
| | ) | |
| Defendant(s). | ) | Civil Action No. 3:21-CV-0880-C |

## ORDER

CAME BEFORE THIS COURT FOR CONSIDERATION the Report and

Recommendation, signed by the Honorable Stacey G. C. Jernigan, United States Bankruptcy

Judge, therein recommending that the District Court: (1) grant Defendant's Motion to Withdraw

the Reference at such time as the Bankruptcy Court certifies that litigation is trial-ready; and

(2) defer to the Bankruptcy Court the handling of all pretrial matters.[1]

After due consideration and having conducted a *de novo* review, the Court finds that

Defendant's limited objections should be **OVERRULED**. Furthermore, after reviewing the

thorough and well-reasoned Report and Recommendation, the Court is of the opinion that the

_____

[1] On July 22, 2021, Defendant Nexpoint Advisors, L.P. filed limited objections to the Report and
Recommendation.

Report and Recommendation entered by the Bankruptcy Court should be **ADOPTED** as the

findings and conclusions of this Court.

      **IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw Reference shall

be granted, but only at such time as the Bankruptcy Court certifies to this Court that the litigation

is trial-ready.

      **IT IS FURTHER ORDERED** that the Bankruptcy Court shall handle all pretrial

matters, including discovery and the filing of reports and recommendations on dispositive

motions, which shall in turn be considered by the undersigned Senior United States District

Judge.

      **IT IS FURTHER ORDERED** that this civil action be **STAYED** pending further Order

of the Court.[2]

      SO ORDERED.

      Dated July 28, 2021.

                                               SAM R. CUMMINGS
                                             SENIOR UNITED STATES DISTRICT JUDGE

---

    [2] The stay imposed in this civil action shall be lifted upon the filing of a subsequent report and recommendation or at such time as the Bankruptcy Court certifies to this Court that the litigation is trial-ready.