UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>                              Debtor(s)<br>Highland Capital Management, L.P.<br>                              Plaintiff(s)<br>   vs.<br>NexPoint Advisors, L.P. et al.<br><br>                              Defendant(s)<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br>                              Plaintiff(s)<br>   vs.<br>NEXPOINT ADVISORS, L.P., JAMES DONDERO,<br>NANCY DONDERO, AND THE DUGABOY<br>INVESTMENT TRUST<br>                              Defendant(s) | § § § § § § § § § § § § § § § § § § § | Case No.:    19–34054–sgj11<br>Chapter No.:   11<br><br>Adversary No.:   21–03005–sgj<br><br>Civil Case No.:    Civ. Act. No. 3:21cv00880<br>(Consolidated Under Civ. Act. No. 3:21cv 00881) |

## NOTICE OF TRANSMITTAL OF REPORT AND RECOMMENDATION

I am transmitting:

    One copy of: <u>Report and Recommendation</u> .


DATED:  12/6/22                     FOR THE COURT:
                                       Robert P. Colwell, Clerk of Court

                                       by: /s/Sheniqua Whitaker, Deputy Clerk